USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

JOSE F. REYNOSO PEREZ, *individually
and in behalf of all other persons similarly
situated*,

                Plaintiffs,

          -against-

138-SHARP REALTY LLC,

                Defendants.

------------------------------------------------------------ X

1:19-cv-09149 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Parties' settlement agreement and accompanying memorandum of law requesting approval of the settlement agreement. ECF No. 15. Having reviewed the settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is **ORDERED** that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

Dated:  March 12, 2020
           New York, New York

                                                                     **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**